FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 05 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ELIONORA SIMKHAYEV,

           Plaintiffs,

-against-

ARSTRAT, LLC

           Defendant.

Case No. 1:17-cv-06381-RJD-RLM

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           February 26, 2018

                                      Respectfully submitted,

                                      By:  /s/ Joseph H. Mizrahi
                                      Joseph H. Mizrahi, Esq.
                                      Joseph H. Mizrahi Law, P.C.
                                      300 Cdaman Plaza W, 12th floor
                                      Brooklyn, New York 11201
                                      Phone:   (347) 927-4529
                                      Facsimile: (347) 665-1545
                                      *Attorneys for Plaintiff*

*So Ordered.*

s/RJD
3/2/18